161 A.3d 794

**Anthony FRANKLIN, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTION, and Commonwealth of Pennsylvania at Delaware and Philadelphia Counties et al., Appellees**

**No. 20 EAP 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Order of the Commonwealth Court is hereby **AFFIRMED,** without prejudice to any right Appellant may have, pursuant to Fajohn v. Com., Dep't of Corrs., 547 Pa. 649, 692 A.2d 1067 (1997), to seek modification of his sentence *nunc pro tunc* in the court of common pleas.